IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SETH ALLYN HARMON                                                                                          PLAINTIFF

v.                                          Case No. 6:24-cv-06109

OFFICER CAMERON YOUNGMAN;
OFFICER ZANE ROGERS; and
SHERIFF SCOTT FINKBEINER,
Hot Spring County, Arkansas                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed October 9, 2024, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Ford recommends that: (1) Plaintiff Seth Allyn Harmon's ("Plaintiff") official capacity claims against Defendants Cameron Youngman ("Defendant Youngman") and Zane Rogers ("Defendant Rogers") be dismissed without prejudice; (2) that Plaintiff's individual capacity claim against Defendant Youngman and Defendant Rogers remain for further review; (3) that Plaintiff's claim against Defendant Scott Finkbeiner ("Defendant Finkbeiner") be dismissed with prejudice; and (4) that Defendant Finkbeiner be terminated from the case as a party.

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, Plaintiff's official capacity claims against Defendant Youngman and Defendant Rogers are hereby **DISMISSED WITHOUT PREJUDICE**, while Plaintiff's individual capacity claim against Defendant Youngman and Defendant Rogers shall

remain for further review. Further, Plaintiff's claim against Defendant Finkbeiner is hereby **DISMISSED WITH PREJUDICE** and Defendant Finkbeiner is terminated from this case as a party.

      **IT IS SO ORDERED**, this 1st day of November, 2024.

                                                /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge