IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SETH ALLYN HARMON                                                                                      PLAINTIFF

v.                                      Case No. 6:24-cv-06109

CAMERON YOUNGMAN;
and ZANE ROGERS                                                                                    DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on February 4, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 40). Judge Ford recommends that Defendants' Motion to Dismiss (ECF No. 38) be granted and Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to obey court orders and failure to prosecute. Specifically, Judge Ford finds that Plaintiff has failed to submit discovery responses and to comply with a Court Order.

Plaintiff has not objected to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 40) *in toto*. Accordingly, the Court finds that Defendants' Motion to Dismiss (ECF No. 38) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge